1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant URSUA-CISNEROS

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,         )
12                                   )   No.  CR  04-0207 WHA
                     Plaintiff,      )        CR  07-0695 WHA
13                                   )
              v.                     )   STIPULATION AND [PROPOSED]
14                                   )   ORDER CONTINUING DATE AND
                                     )   EXCLUSION OF TIME
15                                   )
   FRANCISCO JAVIER URSUA-           )
16 CISNEROS,                         )
                                     )
17                   Defendant.

18
       IT IS HEREBY STIPULATED, by and between the parties to this action, that the next court
19
   date in this case, currently scheduled for Tuesday, April 29, 2008, at 2:00 p.m., may be continued to
20
   Tuesday, May 6, 2008, at 2:00 p.m. for change of plea and revocation hearing.  The reason for the
21
   continuance is that defense counsel is unavailable on April 29, 2008.  In addition, the parties are
22
   continuing to work on a global disposition that will address both the new indictment and the pending
23
   supervised release violation matter.  Should the Court continue the matter to May 6, 2008, it should
24
   provide adequate time to finalize the plea agreement in order to resolve both matters on that date.
25

26

   *U S v. Ursua-Cisneros*, CR 04-0207 WHA;
   CR 07-0069 WHA;  Stip. Continuing Date          - 1 -

1  The parties stipulate that the time from April 29, 2008, to May 6, 2008, should be excluded in
2  accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for
3  continuity of counsel and adequate preparation of counsel so that defense counsel can be present and
4  the parties can finish investigation and complete the agreement.

/S/

DATED: April 21, 2008    _____
JOYCE LEAVITT
Assistant Federal Public Defender

/S/

DATED: April 21, 2008    _____
JAMES C. MANN
Assistant United States Attorney

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the court date in this case, currently scheduled for April 29, 2008, may be continued to May 6, 2008, at 2:00 p.m. for change of plea and revocation hearing.

IT IS FURTHER ORDERED that the time from April 29, 2008 to May 6, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the

1  defendant in a speedy and public trial and the failure to grant the requested continuance would

2  unreasonably deny counsel the reasonable time necessary for effective preparation, taking into

3  account due diligence.

4    SO ORDERED.

5

6  DATED:    April 22, 2008.

   _____
   HONORABLE WILLIAM ALSUP
7  United States District Judge

*U S v. Ursua-Cisneros*, CR 04-0207 WHA;
CR 07-0069 WHA;  Stip. Continuing Date            - 3 -